

**Statement of Work for Uproad**
**Production for "Back-up Camera" Campaign – Phase 2**
5/2/22

**STATEMENT OF WORK**
This Statement of Work ("SOW") is entered into by and between Uproad of Washington, DC and HeyLet'sGo.

**PROJECT OVERVIEW**
HeyLet'sGo will partner with Uproad to develop and produce the "Back-up Camera" brand campaign for a summer launch.

- **Campaign Refinement and Development**
    - Refine "Back-up Camera" campaign and expand across touchpoints to potentially include: Social, Video, Outdoor
    - Continue to explore Influencer partnership

- **Creative Production & Execution**
    - Production planning and execution for all approved creative concepts
    - Manage all production budgets, ensuring projects are delivered on-time and on-budget
    - Delivery to Uproad and media partner all assets required to execute media plan including, but not limited to, static or animated banner ads in various sizes and formats, video cut downs, print files, audio, etc

- **Timing**
    - Detailed production schedule will be provided.

- **Price**
    - $75,000

**AGENCY TEAM**
- Founder / Chief Creative Officer, Executive Creative Director, VP / Account Director, Senior Copywriter, Art Director, Integrated Producer

**PROJECT ASSUMPTIONS & PARAMETERS**
- Scope: HeyLet'sGo assumes if the Client requests additional deliverables not specifically mentioned in this document, final budgets and delivery dates could potentially be impacted.
- Client Related Travel: All reasonable and verifiable travel, lodging and food expenses incurred by employees of agency traveling on behalf of the client are billable to client. Any such travel expenses will be estimated and pre-approved by the client.

- Agency will invoice the project in one installment of $75,000, due 30 days after receipt of invoice
- Client agrees to allow HeyLet'sGo to share completed creative assets on HeyLet'sGo's website and social channels for agency marketing purposes.

**APPROVALS**

**Uproad,** a Kapsch Group company

By *(signature)*

**Name:** Kathryn Kiritsis
**Title:** Product Marketing
**Date:** 5/2/2022

**HeyLetsGo!**

By *(signature)*

**Name:** Amanda Zarle
**Title:** Chief Strategy Officer
**Date:** 5/2/22

**ADDENDUM**

-